UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAJU VARGHESE,

            Plaintiff,

- against -

JP MORGAN CHASE & CO. et al.,

            Defendants.

LEROY TAYLOR, III et al., individually and on behalf of all others similarly situated, as Class/Collective representatives,

            Plaintiffs,

- against –

JP MORGAN CHASE & CO. et al.,

            Defendants.

**ORDER**

14 Civ. 1718 (PGG)

15 Civ. 3023 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that Shavitz Law Group and Karl J. Stoecker will submit a letter to this Court by January 4, 2020, stating whether they had an agreement of any sort as to how an attorneys' fee award in the above-captioned cases would be split between them. If a written agreement as to a fee award exists, it is to be submitted to the Court. If counsel had an oral agreement as to how a fee award would be split, counsel will set forth the substance of that agreement. If counsel had no agreement as to how a fee award would be split, counsel will so state in their submissions.

Dated: New York, New York
       December 23, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge