UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAJU VARGHESE, LEROY TAYLOR, III AGNES LAMBERT, GINELL ROBLES, AND JORGE NAVARETTE, individual and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE & CO and JPMORGAN CHASE BANK, N.A.,<br><br>     Defendants. | Case Nos. 14 Civ. 1718 & 15 Civ. 3023 (PGG) |

    PLEASE TAKE NOTICE that upon the Declaration of Karl J. Stoecker dated May 18, 2020, and the exhibits annexed thereto, and all prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable Paul G. Gardephe, United States District Judge at the United States Courthouse, Courtroom 705, located at 40 Foley Square, New York, New York, 10007 at a date and time to be determined, for an order staying an arbitration styled *Outten & Golden, LLP v. v Law Offices of Karl J. Stoecker, et al.,* JAMS Reference No. 1425032138 and preliminarily and permanently enjoining Outten & Golden LLP ("O&G") from pursuing, in arbitration, a claim for an allocation of attorney's fees and expenses against me and my firm in connection with the above-captioned action in the absence of this Court's approval of its attorney's fee and expense application and for a declaration that no further attorney's fee or expense applications will be entertained in this action.

Dated: Mineola, New York
    May 18, 2020

LAW OFFICES OF KARL J. STOECKER

By: _____/s  Karl J. Stoecker_____

  22 Jericho Turnpike, Suite 100 West
  Mineola, New York 11501
  Telephone: 212-818-0080
  Facsimile: 212-818-9055
  kjs@kjslawfirm.com

MEMO ENDORSED

The application is denied. Any fee dispute between Stoecker and the Outten firm is not part of the action before this Court and will have to be part of a separate, newly filed action. The Clerk of the Court is directed to terminate the motions (14 Civ. 1718, Dkt. Nos. 172, 175; 15 Civ. 3023, Dkt. Nos. 147, 150).

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge
  May 19, 2020